**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REBECCA BAXTER | * |
| | * |
|    PLAINTIFF, | * |
| | * |
| v. | *   Case No.: 1:14-cv-01934-CRC |
| | * |
| MSTREET MANAGEMENT GROUP, LLC | * |
| | * |
|    DEFENDANT. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **STIPULATION OF DISMISSAL**

The parties have reached a fair and reasonable arms-length resolution of the disputed claims in the above referenced action.  As such, the parties hereby stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this civil action be and is hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

                                                    Respectfully submitted,

                                                    ___/s/_ Gregg C. Greenberg_____
                                                    Gregg C. Greenberg, Bar No. MD17291
                                                    Zipin, Amster & Greenberg, LLC
                                                    836 Bonifant Street
                                                    Silver Spring, Maryland 20910
                                                    (301) 587-9373 (Ph)
                                                    (301) 587-9397 (Fax)
                                                    Email: ggreenberg@zagfirm.com

                                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 18th day of December, 2014, a true and correct copy of the foregoing Notice of Dismissal, With Prejudice was served by electronic mail on counsel for the Defendant:
Manesh K. Rath, Esquire
Keller and Heckman LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001
Email: rath@khlaw.com

                                                      /s/   Gregg C. Greenberg
                                                  Gregg C. Greenberg